**K&L GATES** LLP
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Kevin S. Asfour (SBN 228993)
 *kevin.asfour@klgates.com*
Nancy Hagan (SBN 273981)
 *nancy.hagan@klgates.com*

Attorneys for Defendants Wells Fargo
Bank, N.A. and U.S. Bank, N.A. as
Trustee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD ALI TALAIE, et al., | Case No. CV 12-4959-DMG (AGRx) |
| Plaintiffs, | **JUDGMENT [53]** |
| vs. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

RECYCLED PAPER

1

2

## JUDGMENT OF DISMISSAL

3

4

5

6

7

8

9

     Pursuant to the Court's June 27, 2013 Order [Doc. # 52] granting the motion to dismiss of Defendants Wells Fargo Bank, N.A. and U.S. Bank N.A. as Trustee for the Structured Adjustable Rate Mortgage Loan Trust, Mortgage Pass-Through Certificates Series 2006-4 ("Defendants"), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' First Amended Complaint, and each and every claim alleged therein, is DISMISSED WITH PREJUDICE and without leave to amend, and judgment is hereby entered in favor of Defendants.

10

11

12

13

Dated:  June 28, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECYCLED PAPER